IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

VS.                                                                                CR20-82 WJ

HASSAN ALQAHTANI,

        Defendants.

### NOTE FROM THE JURY

THE HONORABLE WILLIAM P. JOHNSON,

We are unable to come to a decision. What are the next steps?

Do we vote Not Guilty

Members of the Jury:                     4/2/21 1:35pm

Either a Not Guilty verdict or a Guilty Verdict must be unanimous. Is the Jury having difficulty

Dated at Albuquerque, New Mexico on: 4/2/2021

Time: 12:55

Signature of Foreperson

arriving at a unanimous verdict? In other words, is the Jury deadlocked? (yes!) 2:00 [signature] 4-2-21 Chief US District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                      CR20-82 WJ

HASSAN ALQAHTANI,

    Defendants.

## NOTE FROM THE JURY

THE HONORABLE WILLIAM P. JOHNSON,

Why was the defendant Not arrested the morning of the Search warrant?

Dated at Albuquerque, New Mexico on: 4/2/21

Time: 3/31/21

                                                                  Signature of Foreperson