IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                                                                   CR20-82 WJ

HASSAN ALQAHTANI,

    Defendant.

## **ORDER DECLARING MISTRIAL**

**THE JURY** duly impaneled to try the above captioned case having been unable to reach a unanimous verdict, the Court hereby declares a mistrial.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE