# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes

**Before the Honorable Chief Judge William P. Johnson**

**Case No.:** CR 20-82 WJ  **Date:** April 5, 2021

**Parties:** USA v. Hassan Alqhatani

**Courtroom Clerk:** R. Garcia   **Court Reporter:** M. Loughran

**Interpreter:** N/A

**Type of Proceeding:** Detention Hearing

**Place of Court:** Albuquerque - Zoom

**Total time in Court:** 1 hour and 6 minutes

**Evidentiary Hearing:** No

**Attorneys Present for Plaintiff(s):**
Paul Mysliwiec

**Attorneys Present for Defendant(s):**
Ahmad Assed, Joel R. Meyers. And Britany Schaffer

**Proceedings:**

10:50   Court in session; counsel enter appearances; Defendant present.

The Court addresses retrial of case; suggest earliest date of Monday, 5/10/21; only other closest date is 4/26/21 but, the Court has another case (Jojola) firmly set on that date and it shows no signs of pleading out; any objection to 5/10/21.

Mr. Mysliwiec notes firm trial date with Judge Vazquez on 5/17/21; not necessarily a direct conflict; but this retrial may look different and trial would take longer; not a direct conflict; but, it poses a hardship for Government.

The Court is aware of the case before Judge Vazquez; notes next trail date assigned to this Court is 7/7/21; Court can set a subsequent scheduling conference to determine counsel preference .

The Court takes-up Defendant oral motion for modification of conditions of release.

11:00   The Court moves to hearing on Defendant oral motion for release.

Mr. Assed addresses the Court and argues for release to halfway house (La Pasada); addresses recording of phone call the Government produced to defense; would object to admission of it today.

| | |
|---|---|
| | Mr. Mysliwiec responds. |
| 11:18 | The Court addresses Mr. Mysliwiec re evidence presented to Judge Fashing at original Detention hearing; Mr. Mysliwiec responds. |
| 11:22 | Mr. Assed replies. |
| 11:25 | The Court makes note/recites findings of Judge Fashing's from the original Detention hearing; cites to Jojola, Cause, and Malan cases; addresses length Defendant has been incarcerated; although, it notes no analysis of any enhancements has been done; notes delay due to COVID 19; notes Robertson case; Court denies oral motion for release to halfway house. <br><br> If the Court does not hear from counsel, it will set a scheduling conference to determine which date to go to retrial; advises it will place a deadline for any change of plea that would have to be met in order for Defendant to receive credit for acceptance of responsibility. |
| 11:51 | Mr. Assed addresses the Court; asks the Government to make any accommodations necessary to go to retrial on 5/10/21, especially in light of the Court's ruling on release. |
| 11:53 | The Court addresses Mr. Mysliwiec re Government's ability to accommodate a May 10, 2021 trial; notes Court is leaning heavily toward the 5/10/21 date; Court will give counsel a couple of days to consider. |
| 11:56 | Court in recess. |